**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------X
                                        :    CHAPTER 11
In re:                                       :
                                        :    Case No. 18-50132
WALL STREET THEATER COMPANY, INC.   :    Case No. 18-50133
WALL STREET MASTER LANDLORD, LLC    :    Case No. 18-50134
WALL STREET MANAGING MEMBER, LLC   :
                                        :
             Debtor.               :    February 23, 2018
                                        :
---------------------------------------------------------------X

**LIMITED OBJECTION OF THE MORGANTI GROUP, INC.
TO THE MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING
DEBTORS TO USE CASH COLLATERAL AND
<u>GRANTING ADEQUATE PROTECTION</u>**

The Morganti Group, Inc. ("Morganti"), a secured creditor and party-in-interest, by and through its undersigned counsel, McElroy, Deutsch, Mulvaney and Carpenter, LLP, hereby files this limited objection to the above-captioned debtors' Proposed Stipulation and Order (1) Authorizing Continued Use of Cash Collateral, (2) Granting Adequate Protection, and (3) Scheduling Hearing on Final Use of Cash Collateral through June 1, 2018 (the "Proposed Cash Collateral Order") [ECF No. 55] filed on February 22, 2018 as follows:

      Morganti objects to Paragraph 4 of the Proposed Cash Collateral Order to the extent that it gives parties-in-interest only until March 31, 2018 or 30 days after the formation of an Official Committee of Unsecured Creditors (the "Committee") (the "Challenge Period") to commence a contested matter or adversary proceeding challenging the validity, enforceability, or priority of the liens of Patriot Bank.  Morganti submits that the Challenge Period is insufficient for all parties, including any Committee that may be appointed, to investigate and

contest Patriot Bank's liens, if necessary, and will unfairly prejudice all parties. Patriot Bank has asserted a blanket lien on all of the Debtors' collateral which includes the Debtors' real estate, personal property, equipment and other traditional forms of collateral. In addition, Patriot Bank asserts a lien on certain tax credits (the "Tax Credits") belonging to the Debtors. As the Debtors have indicated, the Debtors' corporate structure – expressly created for the purpose of generating the Tax Credits – as well as the creation of the Tax Credits, is quite complex and unique. In order for creditors to properly evaluate Patriot Banks' security interest in all of the Debtors' assets, it will necessitate an understanding and analysis of the perfection of these Tax Credits as well as all other collateral. As such, Morganti requests that such time period shall be the later of sixty (60) days following the appointment of a Creditors' Committee and its counsel or June 15, 2018.

WHEREFORE, Morganti respectfully requests that the Court issue an Order modifying the Proposed Cash Collateral Order as set forth hereinabove and for such other and further relief as this Court deems necessary and just.

By: /s/ Kristin B. Mayhew
Kristin B. Mayhew – ct20896
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.:   (203) 319-4022
Fax:   (203) 259-0251
Email  kmayhew@mdmc-law.com

## **CERTIFICATE OF SERVICE**

I, Kristin B. Mayhew, hereby certify that a copy of the foregoing Limited Objection to the Motion for Interim and Final Orders Authorizing Debtors to Use Cash Collateral and Granting Adequate Protection was filed electronically with the Court on February 23, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

/s/ Kristin B. Mayhew
Kristin B. Mayhew

KBM/213626/0140/1489878v1
02/23/18-HRT/BD