**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-------------------------------------------------------------X
|   |   |   |
|---|---|---|
| In re: | : | CHAPTER 11 |
|   | : |   |
|   | : | Case No. 18-50132 |
| WALL STREET THEATER COMPANY, INC. | : | Case No. 18-50133 |
| WALL STREET MASTER LANDLORD, LLC | : | Case No. 18-50134 |
| WALL STREET MANAGING MEMBER, LLC | : |   |
|   | : |   |
| Debtor. | : | February 23, 2018 |
|   | : |   |

-------------------------------------------------------------X

**OBJECTION OF THE MORGANTI GROUP, INC. TO**
**DEBTORS' MOTION TO ASSUME EXECUTORY CONTRACT OR,**
**ALTERNATIVELY, MOTION FOR ORDER AUTHORIZING DEBTORS**
**TO PAY PREPETITION CLAIM OF CRITICAL VENDOR**

The Morganti Group, Inc. ("Morganti"), a secured creditor and party-in-interest, by and through its undersigned counsel, McElroy, Deutsch, Mulvaney and Carpenter, LLP, hereby objects (the "Objection") to the Debtors' Motion to Assume Executory Contract or, Alternatively, Motion for Order Authorizing Debtors to Pay Prepetition Claims of Critical Vendor (the "Motion")  [ECF No. 51].

In support of its Objection, Morganti joins in the United States Trustee's Statement Regarding Debtors' Motion to Assume Executory Contract or, Alternatively, Motion for Order Authorizing Debtors to Pay Prepetition Claim of Critical Vendor [ECF No. 57] and adopts the arguments set forth therein.  Morganti shares the concerns raised by the United States Trustee that the Debtors seek to assume a contract pursuant to which none of the Debtors are a party, and further, to pay a claim that is not the obligation of the Debtors.   Absent further

disclosures by the Debtors concerning the propriety of this payment and submission of documentation requested by the United States Trustee, the Court should deny the Motion.

WHEREFORE, Morganti respectfully requests that the Court issue an Order denying the Motion and for such other and further relief as this Court deems necessary and just.

By:    /s/ Kristin B. Mayhew
       Kristin B. Mayhew – ct20896
       McElroy, Deutsch, Mulvaney & Carpenter, LLP
       30 Jelliff Lane
       Southport, CT  06890-1436
       Tel.:  (203) 319-4022
       Fax:  (203) 259-0251
       Email  kmayhew@mdmc-law.com

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that a copy of the foregoing Objection of The Morganti Group, Inc. to the Debtors' Motion to Assume Executory Contract or, Alternatively, Motion for Order Authorizing Debtors to Pay Prepetition Claim of Critical Vendor was filed electronically with the Court on February 23, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

/s/ Kristin B. Mayhew<br>
Kristin B. Mayhew