# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
March 5, 2018

In re:
   Wall Street Theater Company, Inc.

   Wall Street Master Landlord, LLC
                  Debtor*

Case Number: 18–50132 jam
Chapter: 11

### ORDER GRANTING MOTION TO EXTEND TIME

      Patriot Bank, N.A., (the "Movant"), filed a Motion to Extend Time to Respond to Motion for Relief filed by Morganti Group, Inc. dated March 2, 2018 (the "Motion", ECF No. 72).  After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

      **ORDERED:** The Motion is GRANTED and the date by which Patriot Bank, N.A. is to file a response to Motion for Relief filed by Morganti Group, Inc. is extended to March 9, 2018.

Dated: March 5, 2018

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 153 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.