# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 8, 2018

In re:

    Wall Street Theater Company, Inc.

    Wall Street Master Landlord, LLC

Debtor*

Case Number: 18−50132 jam
Chapter: 11

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604** on **March 13, 2018** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion to Expedite Hearing on the Morganti Group, Inc.'s Motion for Relief from the Automatic Stay Filed by Jeffrey M. Sklarz on behalf of Wall Street Managing Member, LLC, Wall Street Master Landlord, LLC, Wall Street Theater Company, Inc., Debtors (Re: Doc #85)**

**OBJECTION(S) DUE:** March 12, 2018 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** March 8, 2018 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: March 8, 2018

For the Court

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rms

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court