**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re | Chapter 11 |
|  | Jointly Administered |
| WALL STREET THEATER COMPANY, INC., et al[1] | Case No. 18-50132(JAM)(lead) |
|  | RE: ECF No. 214 |
| Debtors |  |

**ORDER GRANTING DEBTORS' MOTION TO EXTEND EXCLUSIVITY PERIODS TO FILE CHAPTER 11 PLAN OF REORGANIZATION AND <u>SOLICIT ACCEPTANCES THEREOF</u>**

Upon the *Motion to Extend Exclusivity Periods to File Chapter 11 Plan of Reorganization and Solicit Acceptances Thereof* (the "Motion") filed by Wall Street Theater Company, Inc. ("WSTC"), Wall Street Master Landlord, LLC ("WSML"), and Wall Street Managing Member, LLC ("WSMM"), debtors and debtors-in-possession (collectively, the "Debtors") (ECF No. 214), and it appearing that due and sufficient notice of the Motion has been given; and upon the hearing on the Motion held on June 4, 2018; and after due deliberation, it being determined that the relief requested is in the best interest of the Debtors, their estates and their creditors; and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the exclusivity period provided by § 1121(b) of the Bankruptcy Code for the Debtors to file a plan of reorganization in the above-captioned chapter 11 cases is extended through and including September 4, 2018; and it is further

---

[1] The chapter 11 cases of Wall Street Theater Company, Inc., Case No. 18-50132, Wall Street Master Landlord, LLC, Case No. 18-50133, and Wall Street Managing Member, LLC, Case No. 18-50134 are jointly administered under Case No. 18-50132.

{00068703.1 }

ORDERED, that the exclusivity period provided by § 1121(c) of the Bankruptcy Code for Debtors to solicit and obtain acceptances to a plan of reorganization is hereby extended through and including November 1, 2018; and it is further

ORDERED, that the relief granted herein is without prejudice to the Debtors' rights to request further extensions of the above periods for cause shown.

Dated at Bridgeport, Connecticut this 4th day of June, 2018.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

{00068703.1 }