**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------x
                                                         :
In re:                                                   :   CHAPTER 11
                                                         :
WALL STREET THEATER COMPANY, INC.,                       :
WALL STREET MASTER LANDLORD, LLC,                        :   CASE NO. 18-50132 (JAM)
WALL STREET MANAGING MEMBER, LLC                         :   CASE NO. 18-50133 (JAM)
                                                         :   CASE NO. 18-50134 (JAM)
                     Debtors.                            :
---------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Anthony C. Famiglietti hereby moves to withdraw his appearance on behalf Supertech, Inc. in the above-captioned matters. The undersigned is leaving Neubert, Pepe & Monteith, P.C. for other employment, effective July 6, 2018.  Supertech, Inc. continues to be represented by Kevin M. Godbout and Nancy B. Kinsella of Neubert, Pepe and Monteith, P.C., who have previously appeared on its behalf.

Dated:  July 5, 2018                        SUPERTECH, INC.
        New Haven, Connecticut

                                            By:    /s/ Anthony C. Famiglietti
                                                Anthony C. Famiglietti (ct30221)
                                                NEUBERT, PEPE & MONTEITH, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                Telephone 203.821.2000
                                                afamiglietti@npmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| WALL STREET THEATER COMPANY, INC., | |
| WALL STREET MASTER LANDLORD, LLC, | CASE NO. 18-50132 (JAM) |
| WALL STREET MANAGING MEMBER, LLC | CASE NO. 18-50133 (JAM) |
|  | CASE NO. 18-50134 (JAM) |
| Debtors. | |

**PROPOSED ORDER GRANTING**
**MOTION TO WITHDRAW APPEARANCE OF**
**ANTHONY C. FAMIGLIETTI**

The foregoing Motion to Withdraw Appearance of Anthony C. Famiglietti on behalf of creditor, Supertech, Inc. (the "Motion to Withdraw"), having been considered by this Court, it is hereby

ORDERED, that the Motion to Withdraw is granted; and it is further

ORDERED, that the appearance of Anthony C. Famiglietti on behalf of the creditor, Supertech, Inc., is withdrawn.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| WALL STREET THEATER COMPANY, INC., | |
| WALL STREET MASTER LANDLORD, LLC, | CASE NO. 18-50132 (JAM) |
| WALL STREET MANAGING MEMBER, LLC | CASE NO. 18-50133 (JAM) |
|  | CASE NO. 18-50134 (JAM) |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 5, 2018, the foregoing document was electronically filed. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: July 5, 2018        SUPERTECH, INC.,
New Haven, Connecticut

By:    /s/ Anthony C. Famiglietti
Anthony C. Famiglietti (ct30221)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone 203.821.2000
afamiglietti@npmlaw.com

# SERVICE LIST

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Scott M. Charmoy**   scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com
- **Taruna Garg**   tgarg@murthalaw.com, mgarcia@murthalaw.com
- **Deborah M. Garskof**   deborah@urymoskow.com, Cherie@urymoskow.com
- **Kevin M. Godbout**   kgodbout@npmlaw.com
- **J. Vance Hancock**   vhancock@gregoryandadams.com
- **Robert E. Kaelin**   rkaelin@murthalaw.com
- **Nancy B. Kinsella**   nkinsella@npmlaw.com
- **Anthony J. LaBella**   anthony@urymoskow.com, cherie@urymoskow.com
- **Jason F. Maus**   Jason.maus@stinson.com
- **Kristin B. Mayhew**   kmayhew@mdmc-law.com, kwarshauer@mdmc-law.com;bdangelo@mdmc-law.com
- **Lauren McNair**   lmcnair@gs-lawfirm.com, cfisher@gs-lawfirm.com
- **Timothy D. Miltenberger**   tmiltenberger@coanlewendon.com
- **Denise S. Mondell**   Denise.Mondell@ct.gov
- **Thomas J. Sansone**   tsansone@carmodylaw.com
- **Charles Scott Schwefel**   scott@shipmanlawct.com
- **David M.S. Shaiken**   david@shipmanlawct.com
- **Jeffrey M. Sklarz**   jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com
- **Patrick R. Turner**   Patrick.turner@stinson.com
- **U. S. Trustee**   USTPRegion02.NH.ECF@USDOJ.GOV

**Manual Notice List**

> **Holley L. Claiborn**
> Office of The United States Trustee
> The Giaimo Federal Building
> 150 Court Street, Room 302
> New Haven, CT 06510
> holley.l.claiborn@usdoj.gov
>
> **CohnReznick LLP**
> 350 Church Street, 12th Floor
> Hartford, CT 06103