# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

|  |  |  |  |
|---|---|---|---|
| IN RE: | : | CASE No. | 18-50132 (lead) (JAM) |
|  | : |  |  |
| WALL STREET THEATER COMPANY, INC., et al.[1] | : | CHAPTER | 11 |
|  | : |  |  |
| DEBTOR. | : | ECF No. | 315 |
|  | : |  |  |

## MEDIATION REFERRAL ORDER

WHEREAS, on February 4, 2018, Wall Street Theater Company, Inc., Wall Street Master Landlord, LLC, and Wall Street Managing Member, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on May 10, 2018, the Wall Street Theater Company, Inc. and Wall Street Master Landlord, LLC commenced an Adversary Proceeding against GTL Construction, LLC, Queen City Carting, Inc., Patriot Bank, N.A., Lockwood and Mead Development, LLC, The Morganti Group, Inc., R&B Ceramic Tile and Floor Covering, Inc., SuperTech, Inc., MacKenzie Company, LLC, XTX Associates, LLC, and Lyric-Hall, LLC, Adv. Pro. No. 18-05023; and

WHEREAS, on June 1, 2018, The Morganti Group, Inc. commenced an Adversary Proceeding against Patriot Bank, N.A., Adv. Pro. No. 18-5030; and

---

[1] The Chapter 11 cases of Wall Street Theater Company, Inc., Case No. 18-50132, Wall Street Master Landlord, LLC, Case No. 18-50133, and Wall Street Managing Member, LLC, Case No. 18-50134 are jointly administered under Case No. 18-50132. *See* ECF No. 26.

WHEREAS, on August 6, 2018, the Debtors stated on the record an interest in mediating a global resolution of issues in the Debtors' Chapter 11 cases and certain cases pending in the Connecticut Superior Court; and

WHEREAS, the Court ordered a Status Report regarding mediation to be filed setting forth the issues to be mediated and containing the signatures of all parties agreeing to participate in mediation; and

WHEREAS, on August 13, 2018, the Debtors, Wall Street Master Tenant, LLC, Wall Street Manager, LLC, Patriot Bank, N.A., The Morganti Group, Inc., SuperTech, Inc., GTL Construction, LLC, R&B Ceramic Tile & Floor Covering, Inc., MacKenzie Company LLC, XTX Associates, LLC, Enhanced Capital HTC Fund I, LLC, and Frank Farricker and Suzanne Cahill in their individual capacities (collectively, the "Parties"), filed under seal a Joint Status Report Regarding Global Mediation; and

WHEREAS, an Amended Joint Status Report Regarding Global Mediation was filed on August 31, 2018, ECF No. 315 (the "Amended Joint Status Report"); it is hereby

**ORDERED**: The Parties are referred to the Honorable James J. Tancredi, United States Bankruptcy Judge, United States Bankruptcy Court, District of Connecticut for mediation; and it is further

**ORDERED**: Counsel for the Parties are directed to contact Judge Tancredi's Courtroom Deputy via email at Donna_DeNicola@ctb.uscourts.gov, with three (3) potential dates and times that the Parties are available for a telephonic conference call with Judge Tancredi to, among other things, set a schedule for mediation; and it is further

**ORDERED**: An individual with final authority to settle all controversies and to bind each party shall attend the mediation on behalf of each party; and it is further,

**ORDERED**: The pending adversary proceedings in the Debtors' Chapter 11 cases, Adv. Pro. Nos. 18-05023 and 18-05030, and all deadlines therein, are stayed until further Order of this Court while the Parties engage in mediation.

Dated at Bridgeport, Connecticut this 31st day of August, 2018.

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut